IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | |
|---|---|
| BILLY CARLON HATHORN | § |
| VS. | § CIVIL ACTION NO. 5:12cv69 |
| DIRECTOR, TDCJ-CID | § |

<u>MEMORANDUM OPINION REGARDING VENUE</u>

Petitioner Billy Carlon Hathorn, an inmate confined in the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

<u>Discussion</u>

In 2010, petitioner was convicted of a aggravated sexual assault and indecency with a child in the 159th District Court of Angelina County, Texas. He was sentenced to 35 years imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the Court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Angelina County, Texas. Pursuant to 28 U.S.C. § 124, Angelina County is in the Eastern District of Texas. However, Angelina County is located in the Lufkin Division, rather than the Texarkana Division of the Eastern District. As all records and

witnesses involving this action may be located in the Lufkin Division of this Court, the transfer of this action to such division would further justice.

Accordingly, this case should be transferred to the Lufkin Division of this court. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED this 17th day of July, 2012.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE